FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 25-1329 KWR |
| | ) | |
| Plaintiff, | ) | |
| | ) | Count 1: 18 U.S.C. §§ 2252A(a)(2), |
| vs. | ) | 2252A(b)(1), and 2256: Receipt of Child |
| | ) | Pornography; |
| **BLAYNE ASHLEY**, | ) | |
| | ) | Count 2: 18 U.S.C. §§ 2252A(a)(5)(B), |
| Defendant. | ) | 2252A(b)(2), and 2256: Possession of Child |
| | ) | Pornography. |

### I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about February 8, 2022, in McKinley County, in the District of New Mexico, the

defendant, **BLAYNE ASHLEY**, knowingly received, and attempted to receive, any child

pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, and that had been shipped

and transported in and affecting interstate and foreign commerce by any means, including by

computer, and that had been shipped and transported using any means and facility of interstate

and foreign commerce, namely, a visual depiction with file name 6593, distinct from the visual

depictions involved in Count 2

In violation of 18 U.S.C. §§ 2252A(a)(2), 2252A(b)(1), and 2256.

### Count 2

On or about June 7, 2024, in McKinley County, in the District of New Mexico, the

defendant, **BLAYNE ASHLEY**, knowingly possessed any material containing child

pornography, as defined in 18 U.S.C. § 2256(8), involving a prepubescent minor, that had been

mailed, and shipped and transported using any means and facility of interstate and foreign

commerce, and had been shipped and transported in and affecting interstate and foreign

commerce, and was produced using materials which had been mailed, shipped, and transported

in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B), 2252A(b)(2), and 2256.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 2252A, the defendant,

**BLAYNE ASHLEY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253: any matter

containing visual depictions produced, transported, mailed, shipped, or received in violation of

Chapter 110, of United States Code Title 18; any property, real or personal, constituting or

traceable to gross profits, or other proceeds obtained from such offense; and any property, real or

personal, used or intended to be used to commit or to promote the commission of such offense or

any property traceable to such property. The property to be forfeited includes, but is not limited

to: a blue Samsung cellphone, bearing IMEI 35848513046967.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney